BENJAMIN B. WAGNER
United States Attorney

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 307-6648
E-mail: guy.p.jennings@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RAY CLINGENPEEL; SHIRLEY A. )<br>CLINGENPEEL; TUFFY RUFFY TRUST by )<br>DAVID K. JACOBS, TRUSTEE and/or by )<br>ANITA MORRISON, TRUSTEE; )<br>SUSAN BELL TRUST by DAVID K. JACOBS, )<br>TRUSTEE; and/or by ANITA MORRISON, )<br>TRUSTEE; ATEL CAPITAL GROUP; )<br>STATE OF CALIFORNIA FRANCHISE TAX )<br>BOARD; RESIDENTIAL CREDIT )<br>SOLUTIONS; CITIBANK (South Dakota) NA; )<br>TASHIMA FAMILY TRUST by MIKIYE )<br>TASHIMA, TRUSTEE; )<br>)<br>Defendants. )<br>) | Civil No. 1:09-CV-00797 OWW DLB<br><br>**ORDER MODIFYING SCHEDULE** |

Plaintiff United States of America requests a continuance of the hearing on the United States' motion for summary judgment, currently set for November 22, 2010, at 10:00 a.m. to a new date of January 10, 2011, at 10:00 a.m.  The United States further requests that the Court vacate the remaining dates of the existing scheduling order in this case.  The Clingenpeels, taxpayers and defendants here, have submitted amended tax returns which may avoid the need to adjudicate some issues in this case.  Counsel for the United States believes that any remaining issues will be resolved by the pending motions.  Upon good cause shown,

**IT IS ORDERED THAT**

1. The hearing on the United States' motion for summary judgment and motion for entry of default judgment (Doc. No. 27), presently set for November 22, 2010, at 10:00 a.m., is continued to January 10, 2011, at 10:00 a.m. in Courtroom 3.

2. The final pretrial conference date (November 29, 2010) and the trial date (January 4, 2011) in the scheduling order (Doc. No. 22) are vacated. The Court will re-schedule the case if necessary after the pending dispositive motions are decided.

**IT IS SO ORDERED**

Dated: November 12, 2010         /s/ OLIVER W. WANGER
                                 United States District Judge