BENJAMIN B. WAGNER
United States Attorney

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:   (202) 307-6648
E-mail:         guy.p.jennings@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RAY CLINGENPEEL;  SHIRLEY A. CLINGENPEEL; TUFFY RUFFY TRUST by DAVID K. JACOBS, TRUSTEE and/or by ANITA MORRISON, TRUSTEE; SUSAN BELL TRUST by DAVID K. JACOBS, TRUSTEE;  and/or by ANITA MORRISON, TRUSTEE;  ATEL CAPITAL GROUP; STATE OF CALIFORNIA FRANCHISE TAX BOARD;  RESIDENTIAL CREDIT SOLUTIONS;  CITIBANK (South Dakota) NA; TASHIMA FAMILY TRUST by MIKIYE TASHIMA, TRUSTEE;<br><br>　　　　　Defendants. | Civil No.  1:09-CV-00797 OWW DLB<br><br>**ORDER MODIFYING SCHEDULE** |

　　　Plaintiff United States of America requests a second continuance of the hearing on the United States' motion for summary judgment, currently set for January 10, 2011, at 10:00 a.m. to a new date of March 14, 2011, at 10:00 a.m.  The Clingenpeels, taxpayers and defendants here, have submitted amended tax returns which may avoid the need to adjudicate some issues in this case.  Counsel for the United States believes that any remaining issues will be resolved by the pending motions.

Upon good cause shown,

**IT IS ORDERED THAT**

The hearing on the United States' motion for summary judgment and motion for entry of default judgment (Doc. No. 27, ), presently set for January 10, 2011, at 10:00 a.m., is continued to March 14, 2011, at 10:00 a.m. in Courtroom 3.

IT IS SO ORDERED.

**Dated:   January 3, 2011**               /s/ Oliver W. Wanger
                                           UNITED STATES DISTRICT JUDGE