1  BENJAMIN B. WAGNER
   United States Attorney
2
   G. PATRICK JENNINGS
3  Trial Attorney, Tax Division
   U.S. Department of Justice
4  P.O. Box 683, Ben Franklin Station
   Washington, D.C.  20044-0683
5  Telephone:   (202) 307-6648
   E-mail:       guy.p.jennings@usdoj.gov
6
   Attorneys for the United States of America
7

8                  IN THE UNITED STATES DISTRICT COURT FOR THE

9                          EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,                )
                                            )
11         Plaintiff,                        )
                                            ) Civil No.  1:09-CV-00797 OWW DLB
12      v.                                   )
                                            )
13 RAY CLINGENPEEL;  SHIRLEY A.              ) **ORDER MODIFYING SCHEDULE**
   CLINGENPEEL; TUFFY RUFFY TRUST by        )
14 DAVID K. JACOBS, TRUSTEE and/or by        )
   ANITA MORRISON, TRUSTEE;                 )
15 SUSAN BELL TRUST by DAVID K. JACOBS,     )
   TRUSTEE;  and/or by ANITA MORRISON,      )
16 TRUSTEE;  ATEL CAPITAL GROUP;             )
   STATE OF CALIFORNIA FRANCHISE TAX        )
17 BOARD;  RESIDENTIAL CREDIT                )
   SOLUTIONS;  CITIBANK (South Dakota) NA;  )
18 TASHIMA FAMILY TRUST by MIKIYE            )
   TASHIMA, TRUSTEE;                        )
19                                           )
           Defendants.                       )
20                                           )

21      Plaintiff United States of America requests a continuance of the hearing on the United

22 States' motion for summary judgment, currently set for March 14, 2011, at 10:00 a.m. to a new

23 date of May 23, 2011, at 10:00 a.m.  The Clingenpeels, taxpayers and defendants here, have

24 submitted amended tax returns which may avoid the need to adjudicate some issues in this

25 / / / / /

26 / / / / /

27 / / / / /

28

case. The Clingenpeels do not oppose this request to continue.  Counsel for the United States believes that any remaining issues will be resolved by the pending motions.

Upon good cause shown, **IT IS ORDERED THAT** the hearing on the United States' motion for summary judgment and motion for entry of default judgment (Doc. No. 27), presently set for March 14, 2011, at 10:00 a.m., is continued to May 23, 2011, at 10:00 a.m. in Courtroom 3.

IT IS SO ORDERED.

**Dated:   March 11, 2011**                              /s/ Oliver W. Wanger
                                                                             UNITED STATES DISTRICT JUDGE

- 2 -