1  BENJAMIN B. WAGNER
   United States Attorney
2
   G. PATRICK JENNINGS
3  Trial Attorney, Tax Division
   U.S. Department of Justice
4  P.O. Box 683, Ben Franklin Station
   Washington, D.C.  20044-0683
5  Telephone:   (202) 307-6648
   E-mail:         guy.p.jennings@usdoj.gov
6
   Attorneys for the United States of America
7

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,               )
11 |            Plaintiff,                   )
   |                                         )  Civil No.  1:09-CV-00797 OWW DLB
12 |     v.                                  )
   |                                         )
13 | RAY CLINGENPEEL;  SHIRLEY A.            )  **ORDER MODIFYING SCHEDULE**
   | CLINGENPEEL; TUFFY RUFFY TRUST by       )
14 | DAVID K. JACOBS, TRUSTEE and/or by      )
   | ANITA MORRISON, TRUSTEE;                )
15 | SUSAN BELL TRUST by DAVID K. JACOBS,    )
   | TRUSTEE;  and/or by ANITA MORRISON,     )
16 | TRUSTEE;  ATEL CAPITAL GROUP;           )
   | STATE OF CALIFORNIA FRANCHISE TAX       )
17 | BOARD;  RESIDENTIAL CREDIT              )
   | SOLUTIONS;  CITIBANK (South Dakota) NA; )
18 | TASHIMA FAMILY TRUST by MIKIYE          )
   | TASHIMA, TRUSTEE;                       )
19 |                                         )
   |            Defendants.                  )
20 |                                         )

21         Plaintiff United States of America requests a continuance of the hearing on the United

22  States' motion for summary judgment. The Clingenpeels, taxpayers and defendants here, have

23  submitted amended tax returns which may avoid the need to adjudicate some issues in this

24  case. The Clingenpeels do not oppose this request to continue.  Counsel for the United States

25  believes that any remaining issues will be resolved by the pending motions.

26

27

28

Upon good cause shown,

**IT IS ORDERED THAT**

The hearing on the United States' motion for summary judgment and motion for entry of default judgment (Doc. No. 27, ), is continued to July 11, 2011, at 10:00 a.m. in Courtroom 3.

IT IS SO ORDERED.

**Dated:   May 23, 2011**               /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

- 2 -