BENJAMIN B. WAGNER
United States Attorney

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:   (202) 307-6648
E-mail:          guy.p.jennings@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RAY CLINGENPEEL;  SHIRLEY A. CLINGENPEEL; TUFFY RUFFY TRUST by DAVID K. JACOBS, TRUSTEE and/or by ANITA MORRISON, TRUSTEE; SUSAN BELL TRUST by DAVID K. JACOBS, TRUSTEE;  and/or by ANITA MORRISON, TRUSTEE;  ATEL CAPITAL GROUP; STATE OF CALIFORNIA FRANCHISE TAX BOARD;  RESIDENTIAL CREDIT SOLUTIONS;  CITIBANK (South Dakota) NA; TASHIMA FAMILY TRUST by MIKIYE TASHIMA, TRUSTEE;<br><br>　　　　Defendants. | Civil No.  1:09-CV-00797 OWW DLB<br><br>**ORDER MODIFYING SCHEDULE** |

　　　　Plaintiff United States of America requests a continuance of the hearing on the United States' motion for summary judgment. The Clingenpeels, representing themselves, do not oppose this request to continue.   Upon good cause shown,

**IT IS ORDERED THAT**

    The hearing on the United States' motion for summary judgment and motion for entry of default judgment (Doc. No. 27), is continued to September 19, 2011, at 10:00 a.m. in Courtroom 3.

IT IS SO ORDERED.

**Dated:   July 6, 2011**                                  **/s/ Oliver W. Wanger**
                                                                      UNITED STATES DISTRICT JUDGE