BENJAMIN B. WAGNER
United States Attorney

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:   (202) 307-6648
E-mail:       guy.p.jennings@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Civil No. 1:09-CV-00797 OWW DLB |
| | ) | (Lead) |
| v. | ) | |
| RAY CLINGENPEEL; | ) | Civil No. 1:11-CV-00561 OWW DLB |
| SHIRLEY A. CLINGENPEEL; | ) | (Member) |
| Defendants. | ) | **ORDER CONSOLIDATING CASES** |
| | ) | |

Upon the request of the parties, and for good cause shown,

**IT IS ORDERED THAT** the following cases:

<u>United States v. Ray Clingenpeel, et al.</u>, Civil No. 1:09-CV-00797 OWW DLB  (E.D. Cal.)

<u>United States v. Ray Clingenpeel, et al.</u>, Civil No. 1:11-CV-00561 OWW DLB (E.D. Cal.)

are substantively consolidated for all purposes.  All further filings shall be in 1:09-CV-00797 OWW DLB.

IT IS SO ORDERED.

**Dated:   August 11, 2011**                /s/ Oliver W. Wanger

UNITED STATES DISTRICT JUDGE