ISSUED

# ABSTRACT OF JUDGMENT

## NOTICE

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. § 6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| Names and Addresses of Parties Against Whom Judgments Have Been Obtained | Names of Parties In Whose Favor Judgments Have Been Obtained |
|---|---|
| RAY CLINGENPEEL and SHIRLEY A. CLINGENPEEL 5585 North Indianola Avenue Clovis, CA 93619<br><br>TUFFY RUFFY TRUST<br><br>SUSAN BELL TRUST | UNITED STATES OF AMERICA |

| Amount of Judgment | Names of Creditor's Attorneys | Docketed |
|---|---|---|
| $265,263.86 plus interest accruing after April 30, 2011, pursuant to 26 U.S.C. §§ 6601, 6621, 6622, and 28 U.S.C. § 1961(c) (for tax periods 1996, 1997, 1998, 2000, 2003, 2004, 2005, 2006, 2007, 2008, and 2009) | BENJAMIN B. WAGNER United States Attorney<br><br>G. PATRICK JENNINGS Trial Attorney, Tax Division U.S. Department Of Justice P.O. Box 683, Ben Franklin Stn. Washington, D.C. 20044-0683 (202) 307-6648 | Civil Action No. 1:09-CV-00797 OWW (E.D. Cal.) Entered: 08/24/2011 |

UNITED STATES OF AMERICA
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

I CERTIFY THAT THE FOREGOING IS A CORRECT ABSTRACT OF THE JUDGMENT ENTERED OR REGISTERED BY THIS COURT.

DATED 9/20/2011

~~SACRAMENTO~~, CALIFORNIA
FRESNO,

Victoria Minor, Clerk

BY _____
DEPUTY CLERK